MAURICA TALLARIDA, Appellant, v CITY OF CORNING et al., Respondents.

Submitted June 21, 2010; decided September 2, 2010

Motion for reargument of motion for leave to appeal denied [*see* 14 NY3d 883 (2010)].

In the Matter of VILLAGE OF CHESTNUT RIDGE et al., Respondents, et al., Petitioners/Plaintiffs, v TOWN OF RAMAPO et al., Appellants, and SCENIC DEVELOPMENT, LLC, Respondent.

Submitted June 7, 2010; decided September 2, 2010

Motion for leave to appeal dismissed upon the ground that it does not lie, movants previously having moved for leave to appeal to the Court of Appeals from the August 2007 Appellate Division order from which leave to appeal is currently sought (12 NY3d 793 [2009]). Moreover, no motion for leave to appeal would lie to the Court of Appeals from the March 2010 Supreme Court judgment to bring up for review the August 2007 Appellate Division order as movants have appealed that judgment to the Appellate Division and simultaneous appeals do not lie to both the Appellate Division and the Court of Appeals (*see Parker v Rogerson*, 35 NY2d 751, 753 [1974]).

In the Matter of SEAN WILSON, Appellant, v CAROLINE KILKENNY, Respondent.

Submitted July 12, 2010; decided September 2, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.